## RICHARD SMYTH *versus* CHARLOTTE DAVID, EXECUTRIX, ETC., OF MOSES DAVID, DECEASED

Journal Entries (1824): *Journal 3:* (1) Jury trial, verdict *p. 498; (2) rule for judgment *p. 514.

Papers in File: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit, notice of demand for bill of particulars; (5) verdict; (6–7) statements of accounts; (8) affidavit of John Smyth.

*1822–23 Calendar*, MS p. 105. Recorded in *Book B*, MS pp. 420–24.